NO. —————————

THOMAS BROCK          §          IN THE COURT OF
Appellant

                      §

                      §

Vs.                   §          CRIMINAL APPEALS

                      §

                      §

THE STATE OF TEXAS    §          OF TEXAS
APPELLEE

## MOTION REQUESTING FOR A EXTENSION OF TIME FOR FILING("PDR")

TO THE HONORABLE JUDGES OF SAID COURT:

Come, Now, THOMAS BROCK, Appellant, and files this Motion Requesting For A Extension Of Time For Filing ("PDR"), With this Court.

### I.

The, Appellant is requesting 45 days extension for filing his (PDR) within this Honorable Court. He is doing his (PDR) PRO SE and has just came off a Unit Lock down and has been unable to go to the Unit Law Library to start his research as to getting help on the requirements for a (PDR)...etc.

Respectfully submitted

Thomas Brock

### PRAYER

WHEREFORE, PREMEMISES, CONSIDER, Herein the Appellant, Pray's this Honorable Court will Grant this Motion Requesting for a Extension of Time for Filing (PDR) to 45 days from the date of June 22,2015.

Respectfully submitted

Thomas Brock

1.

**CERTIFICATE OF SERVICE**

I, THOMAS BROCK, Appellant, hereby certify under penalty of perjury under the Laws of the United States of American that on June 10,2015 a Origional of the above forgoing Motion was send by U.S. Mail to the below address.

CLERK OF THE COURT
OF CRIMINAL APPEALS
P.O.BOX 12308
Austin, Texas  78711

Respectfully submitted

THOMAS BROCK
TDCJ ID #1907902
Clements, Unit
9601 Spur 591
Amariilo,TX 79107-9606

c/c BROCK

2.

Clerk of the
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
Austin, Texas 78711

June 10, 2015

RE: Filing Motion....

Dear Clerk

 Please find inclose a Motion Requesting for a Extension of time for filing

(PDR). Please assign a number to it from the Court and return me a copy of this

request to You. Thank You, I look forward to Your Reply!

Sincerely

Thomas Brock
TDCJ-ID #1907902
W.P. Clements Jr, Unit
9601 Spur 591
Amarillo, TX 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

Clerk of the
COURT OF CRIMINAL APPEALS
P.O.BOX 12308
Austin,Texas 78711

June 10,2015

RE: Filing Motion....

Dear Clerk

Please find inclose a Motion Requesting for a Extension of time for filing

(PDR). Please assign a number to it from the Court and return me a copy of this

request to You. Thank You, I look forward to Your Reply!

Sincerely

Thomas Brock
TDCJ-ID #1907902
W.P.Clements Jr, Unit
9601 Spur 591
Amarillo,TX 79107-9606